NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7057

GENE S. GROVES,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-1252, Chief Judge William P. Greene, Jr.

ON MOTION

ORDER

The respondent-appellee moves for a 21-day extension of time, until April 22, 2010, to file its informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 0 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gene S. Groves
Steven M. Mager, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 8 2010

JAN HORBALY
CLERK